NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KATHRYN KING,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent,*

AND

**DIANA M. KING,**
*Intervenor.*

---

2012-3061

---

Petition for review of the Merit Systems Protection Board in case no. DE831M090077-B-1.

---

**ON MOTION**

---

**O R D E R**

Kathryn King moves for a 14-day extension of time, until July 9, 2012, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew J. Dowd, Esq.
Nicholas Jabbour, Esq.
Diana M. King

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 0 2012

JAN HORBALY
CLERK